# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STEPFON M. LLOYD

VERSUS

DARREN GIDDENS, ESURANCE P&C
INS CO, AND PROTECTIVE
INSURANCE COMPANY

NO.  2022 CW 1309

**MARCH 13, 2023**

---

In Re:   Protective Insurance Company, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 693690.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT